UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gibbs Die Casting Corp.,

                Plaintiff(s),

v.                                            Case No. 4:13−cv−11236−TGB−MKM
                                            Hon. Terrence G. Berg

TRW Automotive Holding Company,

                Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 5/8/2013, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                            s/Terrence G. Berg
                                            Terrence G. Berg
                                            U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/A Chubb
                                              Case Manager

Dated: May 1, 2013