UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gibbs Die Casting Corp.,

                Plaintiff(s),

v.                                        Case No. 4:13–cv–11236–TGB–MKM
                                                 Hon. Terrence G. Berg
TRW Automotive Holding
Company,

                Defendant(s),

## ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on 5/1/2013, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                                 s/Terrence G. Berg
                                                 Terrence G. Berg
                                                 U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                 By: s/A Chubb
                                                      Case Manager

Dated:  May 6, 2013